IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KIM LITTLEFIELD, DMD, P.C., and
KIM LITTLEFIELD, DMD**

**Plaintiff,**

**v.**

**ORTHODONTIC CENTERS OF
ILLINOIS, INC.,**

**Defendants.**                                                                 **No. 06-606-DRH**

## ORDER

**HERNDON, District Judge:**

Before the Court is a joint motion of the parties for an extension of time for Plaintiff to file a motion to remand and suggestions in opposition to Defendant's motion to transfer. (Doc. 15.) The Court **GRANTS** this motion (Doc. 15), and **EXTENDS** Plaintiff's time to file a response until October 4, 2006.

**IT IS SO ORDERED.**

Signed this 5th day of September, 2006.

/s/      David RHerndon
**United States District Judge**