## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KIM LITTLEFIELD, DMD, P.C., and**
**KIM LITTLEFIELD, DMD**

**Plaintiffs,**

**v.**

**ORTHODONTIC CENTERS OF**
**ILLINOIS, INC.,**

**Defendant.**                                          **No. 06-606-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is Defendant's unopposed motion for an enlargement of time to respond to Plaintiffs' motion to remand.  (Doc. 20.)  The Court **GRANTS** this motion (Doc. 20), and **EXTENDS** Plaintiff's time to file a response until November 13, 2006.

**IT IS SO ORDERED.**

Signed this 7th day of November, 2006.


/s/        David  RHerndon
**United States District Judge**