IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KIM LITTLEFIELD, DMD, P.C., and
KIM LITTLEFIELD, DMD**

**Plaintiffs,**

**v.**

**ORTHODONTIC CENTERS OF
ILLINOIS, INC.,**

**Defendant.**                                              **No. 06-606-DRH**

### ORDER

**HERNDON, District Judge:**

This action was previously removed to this Court under civil case number 00-698-GPM and assigned to Chief Judge G. Patrick Murphy. It was remanded to state court on November 7, 2000. It now has been re-removed. In light of Chief Judge Murphy's familiarity with the matter, this action is **REASSIGNED** to Chief Judge Murphy. All future filings should bear civil case number 06-606-GPM.

**IT IS SO ORDERED.**

Signed this 7th day of December, 2006.

/s/        David  RHerndon
**United States District Judge**